*Kalamazoo Circuit—In Chancery.*

STEPHEN W. DUNCOMB, Adm'r, vs. JAMES S. RICH-
ARDS et al.*

*Injunction—Prayer for Injunction in Bill.*

There was a prayer for injunction in the bill, but
none in the prayer for process.

The injunction having been allowed, a motion was
made to dissolve it on the ground that no prayer for an
injunction was contained in the prayer for process.

The Court, HAWES, J.: Held that while this was a
good ground for refusing an injunction, it was not for
a dissolution thereof.

Taylor et al. vs. Snyder et. al., Walker's Chan., 490.

*B. F. Heckert, Spafford Tryon* and *Joslyn & Freeman*
for Complainants.

*F. J. Atwell* and *H. F. Severans* for Defendant.